**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael William BISHOP,**
**Defendant–Appellant.**

**No. 01–7418.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Nov. 15, 2001.

Michael William Bishop, pro se.

Anthony Paul Giorno, Office of the United States Attorney, Roanoke, VA, for appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael William Bishop seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bishop,* Nos. CR–96–30012; CA–01–240–7 (W.D.Va. July 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*